**Order filed November 20, 2012.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-12-00613-CR

————————

**GREGORY T. JOSEFSBERG, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 9
Harris County, Texas
Trial Court Cause No. 1816811**

---

## ORDER

Appellant's brief was filed November 9, 2012. The court has determined that appellant has not substantially complied with Rule 9 of the Texas Rules of Appellate Procedure. In particular, appellant's brief does not contain appellant's signature. *See* Tex. R. App. P. 9.1; *see also* Tex. App.—Houston [14th Dist.] Loc. R. 4(f) (governing signatures on electronically filed documents). The brief also fails to include a certificate of service. *See* Tex. R. App. P. 9.5(d)-(e). In addition, the brief is not double-spaced. *See* Tex. R. App. P. 9.4(d).

Accordingly, pursuant to Rules 9.4(i) and 38.9(a), the court **STRIKES** appellant's brief filed November 9, 2012, and orders appellant to file a corrected brief conforming to Texas Rule of Appellate Procedure 9 and 38 on or before **December 7, 2012.** *See* Tex. R. App. P. 9.4(i), 38.9(a). If the corrected brief is filed after December 1, 2012, the new requirements set out in the amendments to Rule 9 concerning the length of briefs must be followed. *See* Tex. R. App. P. 9.4(i) (eff. Dec. 1, 2012) (limiting computer-generated briefs to 15,000 words and requiring a certificate stating the number of words in the document).


PER CURIAM